ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6559
    FAX: (415) 436-7027
    Garth.Hire@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-00066 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| v. | |
| LISA ROSSI, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel, Assistant United States Attorney Garth Hire, and defendant Lisa Rossi, by and through her counsel Doron Weinberg, agree and stipulate as follows:

    1.    The matter is currently set for a sentencing hearing for violation of supervised release on February 23, 2024.

    2.    Until recently, the parties believed that defendant had secured funds that would be sufficient to satisfy a significant portion of her outstanding restitution obligation. No payment has been made however and the matters appears to be headed toward sentencing absent any further payment. The parties therefore require additional time to prepare their respective sentencing

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CR 17-00066 JST

memoranda. The parties therefore request a continuance of sentencing in this matter until May 3, 2024, at which time the parties anticipate the defendant will be sentenced. That said, the continuance will provide the defendant with additional time to satisfy her outstanding restitution obligation should she choose to do so.

3. The parties agree that the matter should be continued to Friday, May 3, 2024, for the sentencing hearing. The parties shall file, either separately or jointly, a sentencing memorandum by Friday, April 26, 2024.

4. The parties further agree that defendant shall continue to comply with all conditions of supervised release.

IT IS SO STIPULATED.

Dated: February 21, 2024

ISMAIL J. RAMSEY
United States Attorney

/s/ *Garth Hire*
GARTH HIRE
Assistant United States Attorney

Dated: February 21, 2024

/s/ *Doron Weinberg*
DORON WEINBERG
Attorney for Defendant
Lisa Rossi

# [PROPOSED] ORDER

Pursuant to the parties' stipulation set forth above and for good cause, the Court hereby continues the sentencing hearing in this matter from February 23, 2024, to 9:30 a.m. on May 3, 2024. The parties shall file sentencing memoranda, either jointly or separately, on or before April 26, 2024. Defendant shall continue to comply with all conditions of supervised release.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE